UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: VAN DIEPEN, PAUL | § | Case No. 09-48681-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Clerk of U.S. Bankruptcy Court
  219 S. Dearborn Street
  Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 08/20/2010 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  07/15/2010             By:   /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                              Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: VAN DIEPEN, PAUL § Case No. 09-48681-JS
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $      15,000.18

*and approved disbursements of*  $             0.00

*leaving a balance on hand of* [1]  $      15,000.18

Claims of secured creditors will be paid as follows:

*Claimant*  *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $      2,250.00 | $ |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $      1,027.50 | $         30.79 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor _____ | $_____ | $_____ |
| Attorney for _____ | $_____ | $_____ |
| Accountant for _____ | $_____ | $_____ |
| Appraiser for _____ | $_____ | $_____ |
| Other _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,353.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 12,526.67 | $ 5,557.43 |
| 2 | Chase Bank USA, N.A. | $ 7,028.04 | $ 3,117.97 |
| 3 | Capital Recovery III LLC As Assignee of GE Capital | $ 6,798.90 | $ 3,016.31 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers              Page 1 of 1                   Date Rcvd: Jul 16, 2010
Case: 09-48681                 Form ID: pdf006             Total Noticed: 13

The following entities were noticed by first class mail on Jul 18, 2010.
db           +Paul R Van Diepen,   565 WestMinster Circle,   Roselle, IL 60172-2657
aty          +James Matthew Allen,   800 E. Northwest Highway,   Suite # 700,   Palatine, IL 60074-6513
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
15538233     +Capital Recovery III LLC As Assignee of GE Capital,   Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14889559     +Cardmember Service,   Attn: Bankrutpcy Department,   Po Box 10587,   Greenville, SC 29603-0587
15364892      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14889558      Chase WAMU,   in c/o NES,   29125 Solon Road,   Solon, OH 44139-3442
14889560     +Chase- Bp,   Po Box 15298,   Wilmington, DE 19850-5298
14889562     +Sears Credit,   Po Box 6189,   Sioux Falls, SD 57117-6189
14889563     +State Farm Financial S,   Attn: BCC-DTB5,   112 E Washington St,   Bloomington, IL 61701-1001
The following entities were noticed by electronic transmission on Jul 16, 2010.
15005420     +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2010 02:01:17     GE Money Bank Sams,
               Recovery Management Systems Corp,   25 S E 2nd Ave suite 1120,   Miami,FL 33131-1605
15298265      E-mail/PDF: BNCEmails@blinellc.com Jul 17 2010 01:52:47     Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
14889561      E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2010 02:01:17     Sam's Club Discover,
               PO Box 960013,   Orlando, FL 32896-0013
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2010**              **Signature:** _Joseph Speetjens_